UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                        18-CR-834 (PAE)

JORGE RIVERA,                              UNSEALING ORDER

                      Defendant.

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    IT IS HEREBY ORDERED that the Information (and all related filings) in the above-captioned case be and are unsealed.

    SO ORDERED.

Dated: October 1, 2020
       New York, New York

                                            PAUL A. ENGELMAYER
                                            United States District Judge